United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TROY BACKUS,,

    Plaintiff,

  v.

CONAGRA FOODS, INC.,

    Defendant.

No. C 16-00454 WHA

**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY ANGELA SPIVEY**

The pro hac vice application of Attorney Angela Spivey (Dkt. No. 11) is **DENIED** for failing to comply with Civil Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States Court or of the highest court of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the pro hac vice form from the district court website such that it only identifies the state of bar membership — such as "the bar of Texas" — is inadequate under the local rule because it fails to identify a specific court (such as the Supreme Court of Texas). While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: March 29, 2016.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE