Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Troy Backus )
        Plaintiff(s), ) Case No: 3:16-cv-00454
v. )
ConAgra Foods, Inc. ) **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
        Defendant(s). ) (CIVIL LOCAL RULE 11-3)

I, Angela M. Spivey, an active member in good standing of the bar of Supreme Ct. of GA and MS, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: ConAgra Foods, Inc. in the above-entitled action. My local co-counsel in this case is Laura E. Coombe, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1230 Peachtree Street, NE, Suite 2100<br>Atlanta, Georgia  30309-3534 | 1800 Century Park East, 8th Floor<br>Los Angeles, California  90067-1501 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (404) 443-5720 | (310) 775-8274 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| aspivey@mcguirewoods.com | lcoombe@mcguirewoods.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 672522.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 04/05/16

                                        Angela M. Spivey
                                        APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Angela M. Spivey is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 6, 2016.

                                      UNITED STATES DISTRICT/MAGISTRATE JUDGE