IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY BACKUS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CONAGRA FOODS, INC.,<br><br>    Defendant.<br>_____ / | No. C 16-00454 WHA<br><br>**REQUEST FOR RESPONSE RE AMENDED COMPLAINT** |

In lieu of a response to defendant's pending motion to dismiss, plaintiff filed an amended complaint. By **MAY 20, 2016, AT NOON**, defendant shall please state whether the motion to dismiss should be denied as moot without prejudice to a renewed motion directed at the amended pleading or if it would prefer to continue with the present motion and address the amendments in the reply. In either case, a new briefing schedule and hearing date will be set.

**IT IS SO ORDERED.**

Dated: May 17, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE