IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY BACKUS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CONAGRA FOODS, INC.,<br><br>    Defendant.<br>  / | No. C 16-00454 WHA<br><br>**ORDER REGARDING EXCERPTS OF DEPOSITION TESTIMONY** |

The Court is in receipt of the parties' supplemental briefing regarding standing. In his supplemental brief, plaintiff cites to his deposition testimony for the proposition that plaintiff began buying Fleichmann's margarine in the 1990s. In particular, plaintiff cites to page 65 of the transcript of plaintiff's deposition. However, page 65 appears to have been accidentally omitted from Exhibit A to the declaration of Gregory S. Weston. **BY NOON ON SEPTEMBER 2, 2016**, plaintiff shall please file a corrected exhibit with the appropriate page included.

**IT IS SO ORDERED.**

Dated: August 31, 2016.

                                                              WILLIAM ALSUP
                                                              UNITED STATES DISTRICT JUDGE