IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TROY BACKUS, on behalf of himself
and all others similarly situated,

    Plaintiff,

  v.

CONAGRA FOODS, INC.,

    Defendant.

No. C 16-00454 WHA

**ORDER DENYING MOTION TO SEAL**

Plaintiff seeks to file under seal portions of his supplemental brief as well as certain accompanying exhibits. Defendant previously designated the documents confidential pursuant to the protective order in this case. Defendant, however, has failed to submit its supporting declaration required by Local Rule 79-5(e). Therefore, the motion to seal is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 3, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE