**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TROY BACKUS,

    Plaintiff,

  v.

CONAGRA FOODS, INC.,

    Defendant.

No. C 16-00454 WHA

**ORDER DENYING MOTION TO INCREASE PAGE LIMIT FOR REPLY BRIEF**

The Court is in receipt of plaintiff's request to increase the page limit for his reply brief in support of class certification from 15 to 25 pages (Dkt. No. 66). Good cause not shown, the request is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 28, 2016.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE