1
2
3
4           **UNITED STATES DISTRICT COURT**
5
6           **NORTHERN DISTRICT OF CALIFORNIA**
7
| | |
|---|---|
| TROY BACKUS, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>CONAGRA FOODS, INC.,<br><br>            Defendant. | Case No: 3:16-cv-00454-WHA<br><br>[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL<br><br><br>Judge: The Honorable William H̶. Alsup |

---

*Backus v. ConAgra Foods, Inc.*, Case No. 3:16-cv-00454-WHA
[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1  Having reviewed Plaintiff's Administrative Motion to File Under Seal the unredacted versions of
2  Plaintiff's Motion for Class Certification and the Declaration of Andrew C. Hamilton and Exhibits 1-29
3  thereto, the Court finds that good cause exists to grant Plaintiff's Motion.
4  Pursuant to the Protective Order entered on July 7, 2016 (Docs. 40, 42), the motion is granted.
5  **IT IS SO ORDERED**

DATED:  December 1 , 2016

_____
The Honorable William H. Alsup
United States District Court Judge

1

*Backus v. ConAgra Foods, Inc.*, Case No. 3:16-cv-00454-WHA
[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL