1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TROY BACKUS, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>CONAGRA FOODS, INC.,<br><br>Defendant. | No. 3:16-cv-00454-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CONAGRA FOODS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge: The Honorable William Alsup |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant ConAgra Foods, Inc. ("ConAgra") filed an Administrative Motion to File Documents Under Seal. Upon review of ConAgra's Administrative Motion and supporting documentation, the Court finds that good cause exists and GRANTS the Administrative Motion to seal the following documents:

| Document | Sealed |
|---|---|
| Brown Declaration | In its entirety |
| Murgatroyd Declaration | In its entirety |

-2-

| Jannings Declaration | In its entirety |
|---|---|
| Ugone Declaration | Paragraph 21 and n.29<br>Paragraph 21, Figure 1<br>Paragraph 25.a.<br>Paragraph 25.b.<br>Paragraph 25.c.<br>Paragraph 25.d |
| Opposition to Plaintiff's Motion for Class Certification | Page 2, Lines 23-28<br>Page 3, Lines 1-28<br>Page 4, Lines 1-5, 7-15<br>Page 5, Lines 5-7<br>Page 7, Lines 23-27<br>Page 9, Lines 23-28<br>Page 10, Lines 22-23<br>Page 19, Lines 9-11<br>Page 21, Lines 14-15 |

Accordingly, IT IS HEREBY ORDERED that the unredacted versions of the above-listed documents be sealed.

IT IS SO ORDERED.

Dated: December 1, 2016.

_____
The Honorable William Alsup
United States District Judge

-2-
*Backus v. ConAgra Foods, Inc.*, 3:16cv-00454-WHA
[PROPOSED] ORDER GRANTING CONAGRA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL