IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TROY BACKUS,

    Plaintiff,

  v.

CONAGRA FOODS, INC.,

    Defendant.

No. C 16-00454 WHA

**NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS**

Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of attorneys. The Court will particularly welcome any attorney with four or fewer years of experience to argue the motion to certify class scheduled for hearing on December 15.

Dated: December 9, 2016.

                                                WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE