**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
ANDREW C. HAMILTON (299877)
*andrew@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:   (619) 798-2006
Facsimile:    (313) 293-7071

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY BACKUS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONAGRA BRANDS, INC.,<br><br>Defendant. | Case No: 3:16-cv-00454-WHA<br><br>**JOINT STIPULATION AND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: The Honorable William H. Alsup |
| MARJEL MCFADDIN and MARK BEASLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONAGRA BRANDS, INC.,<br><br>Defendant. | Case No: 3:17-cv-387<br><br>Judge: The Honorable William H. Orrick |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Troy Backus and Defendant ConAgra Brands, Inc. hereby move for an order relating this action and *McFaddin et al. v. ConAgra Brands, Inc.*, Case No. 3:17-cv-387 (N.D. Cal.).

\* \* \*

On January 25, 2017, Marjel McFaddin and Mark Beasley filed a class action complaint in *McFaddin et al. v. ConAgra Brands, Inc.*, Case No. 3:17-cv-387 (N.D. Cal.).

Civil Local Rule 3-12(a) provides

An action is related to another when:

(1) The actions concern substantially the same parties, property, transaction or event; and

(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Civil Local Rule 3-12(b) provides,

"Whenever a party knows or learns that an action filed in . . . this district is (or the party believes that the action may be) related to an action which is . . . pending in this District as defined in Civil L.R. 3-12(a), the party must promptly file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should Be Related."

Here, the *McFaddin* action is related to the lower-numbered *Backus* action. They involve "substantially the same parties" as the defendant is the same in both actions, and Mr. Backus is a member of the putative class asserted in *McFaddin*. They likewise concern "substantially the same . . . property, transaction, or event" as the damages asserted by Mr. Backus are similar to those asserted by the *McFaddin* plaintiffs, and Mr. Backus's claims may be fully resolved by the adjudication of *McFaddin*.

Absent relation, there would likewise be "burdensome duplication of labor" and the risk of "conflicting results" since the claims asserted in *McFaddin* are similar to those asserted in Backus.Additionally, the plaintiffs in the *McFaddin* action have retained the same counsel and expert witnesses as Mr. Backus, and ConAgra is represented by the same counsel.

1

*Backus v. ConAgra Foods, Inc.*, Case No. 3:16-cv-00454-WHA
JOINT STIPULATION AND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

For these reasons, the parties stipulate and respectfully requests that the Court grant this Administrative Motion and enter an order relating this action and *McFaddin et al. v. ConAgra Brands, Inc.*, Case No. 3:17-cv-387 (N.D. Cal.).

DATED: January 31, 2017                           Respectfully Submitted,

/s/ Gregory S. Weston
**THE WESTON FIRM**
GREGORY S. WESTON
ANDREW C. HAMILTON
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:    (619) 798-2006
Facsimile:    (313) 293-7071

*Counsel for Plaintiff*


**McGuireWoods LLP**
/s/ Angela M. Spivey
Angela M. Spivey, *admitted pro hac*
A. Brooks Gresham
Laura Coombe

*Attorneys for ConAgra Brands, Inc.*

2

*Backus v. ConAgra Foods, Inc.*, Case No. 3:16-cv-00454-WHA
JOINT STIPULATION AND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED