1
2
3

# UNITED STATES DISTRICT COURT

4
5

## NORTHERN DISTRICT OF CALIFORNIA

6

7 TROY BACKUS,

8              Plaintiff,

9     v.

10 CONAGRA BRANDS, INC.,

11            Defendant.

12
13
14
15
16

Case No: 3:16-cv-00454-WHA

**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

Judge:        The Honorable William H. Alsup
Location:     Courtroom 8

17
18
19
20
21
22
23
24
25
26
27
28

1   The parties have moved this Court, pursuant to Local Rules 3-12 and 7-11 of the Civil Local

2   Rules of the Northern District of California, for an order relating the case *McFaddin et al. v. ConAgra*

3   *Brands, Inc.*, Case No. 3:17-cv-387-WHO, to *Backus v. ConAgra Brands, Inc.*, Case No. 3:16-cv-454-

4   WHA.

5   The Court having considered the briefs and other documents in support of the motion and being

6   fully advised in this matter finds as follows:

7   IT IS HEREBY ORDERED that the parties Administrative Motion to Consider Whether Cases

8   Should Be Related is GRANTED. *McFaddin et al. v. ConAgra Brands, Inc.*, Case No. 3:17-cv-387-

9   WHO, is related to *Backus v. ConAgra Brands, Inc.*, Case No. 3:16-cv-454-WHA. Accordingly, the

10  *McFaddin* case shall be reassigned to me.

13  **IT IS SO ORDERED**

15  DATED: _____, 2017

_____
The Honorable William H. Alsup
United States District Court Judge