IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TROY BACKUS,

    Plaintiff,

  v.

CONAGRA FOODS, INC.,

    Defendant.

No. C 16-00454 WHA

**ORDER DENYING MOTION TO STAY CASE**

The parties jointly moved to relate the above-captioned matter to *McFaddin v. ConAgra Brands, Inc.*, No. 3:17-cv-00387 (Dkt. No. 76), and to stay the former pending the initial case management conference in the latter (Dkt. No. 77). A prior order granted the motion to relate, and *McFaddin* has been reassigned to the undersigned. The initial case management conference in *McFaddin* is set for March 9, so the parties will shortly have their opportunity to "discuss with the Court a possible joint plan to consolidate the actions" (*see id.* at 2). The motion to stay this action is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 8, 2017.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE