A. Brooks Gresham (SBN 155954)
**McGuireWoods LLP**
1800 Century Park East, 8th Floor
Los Angeles, CA  90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210
bgresham@mcguirewoods.com

R. Trent Taylor (*Pro Hac Vice*)
**McGuireWoods LLP**
800 East Canal Street
Richmond, VA 23219-3916
Telephone:  804.775.1182
Facsimile:  804.225.5409
rtaylor@mcguirewoods.com

Attorneys for Defendant ConAgra Foods, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TROY BACKUS, on behalf of himself and all others similarly situated<br><br><br>Plaintiff,<br><br>vs.<br><br>CONAGRA FOODS, INC.,<br><br><br>Defendant. | No. 3:16-cv-00454-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING CASE PENDING APPEALS**<br><br><br>Honorable William H. Alsup |

1

Plaintiff Troy Backus ("Plaintiff") and Defendant ConAgra Foods, Inc. ("ConAgra") (collectively, "the Parties"), by and through their respective counsel of record, agree and stipulate as follows:

WHEREAS Plaintiff filed a Class Action Complaint in the above-captioned action on January 26, 2016;

WHEREAS on December 22, 2016, this Court denied class certification on the grounds that Plaintiff is an inadequate class representative (Dkt. No. 75);

WHEREAS on January 25, 2017, Marjel McFaddin and Mark Beasley filed in this Court a class action complaint against ConAgra, raising the same claims as Plaintiff based on essentially the same facts (Class Action Compl., *McFaddin v. ConAgra Brands, Inc.*, No. 3:17-cv-00387-WHA (N.D. Cal. Jan. 25, 2017));

WHEREAS on February 7, 2017, this Court ordered that *McFaddin v. ConAgra Brands, Inc.* was related to the instant action (Dkt. No. 78);

WHEREAS on March 14, 2017, this Court ordered that the pretrial deadlines in this action be modified so as to coincide with the deadlines in *McFaddin* and that a Rule 30(b)(6) deposition could be used equally in *McFaddin* or this action (Dkt. No. 90);

WHEREAS on May 24, 2017, this Court ordered that *McFaddin* be stayed pending decisions by the Court of Appeals for the Ninth Circuit in *Hawkins v. The Kroger Co.*, Case No. 16-55532 (9th Cir.), and *Hawkins v. AdvancePierre Foods, Inc.*, Case No. 16-56697 (9th Cir.) and ordered that the parties file a joint status report by September 20, 2017, regarding the status of those appeals;

WHEREAS on September 20, 2017, the Parties filed their First Joint Status Report and requested a continuance of the stay in *McFaddin*;

WHEREAS on September 21, 2017, this Court continued the stay in *McFaddin* and ordered the parties in *McFaddin* to submit a second joint status report on the progress of those pending appeals by January 30, 2018;

WHEREAS the Parties request a stay of the proceedings and deadlines in this case to coincide with the stay in *McFaddin* pending the appeals in *The Kroger Co.* and *AdvancePierre Foods, Inc.*;

1   WHEREAS the Parties will submit a joint status report on the progress of those pending

2   appeals by January 30, 2018, should the Court grant this stay;

3   WHEREAS the Parties do not seek this stay for any improper purpose;

4   IT IS HEREBY STIPULATED, by and between the Parties through their respective counsel

5   and subject to this Court's approval, that this case, its proceedings, and its deadlines are stayed

6   pending the decision of the United States Court of Appeals for the Ninth Circuit in the above-

7   referenced cases.  The Parties agree to file a joint status report on the progress of the pending appeals

8   by January 30, 2018, at noon, and that future case management will be discussed once the stay is

9   lifted.

10  IT IS SO STIPULATED.

11  Dated: October 23, 2017                    Respectfully submitted,

12

13                                             By: /s/ Angela M. Spivey
                                               A. Brooks Gresham (SBN 155954)
14                                             bgresham@mcguirewoods.com
                                               McGUIREWOODS LLP
15                                             1800 Century Park East, 8th Floor
                                               Los Angeles, CA 90067
16                                             Telephone: 310.315.8291
                                               Facsimile: 310.315.8210
17

18                                             Angela M. Spivey (*Pro Hac Vice*)
                                               aspivey@mcguirewoods.com
19                                             McGUIREWOODS LLP
                                               1230 Peachtree Street, NE
20                                             Promenade, Suite 2100
                                               Atlanta, Georgia  30309-3534
21                                             Telephone: 404.443.5720
                                               Facsimile: 404.443.5792
22

23                                             R. Trent Taylor (*Pro Hac Vice*)
                                               rtaylor@mcguirewoods.com
24                                             McGUIREWOODS LLP
                                               800 East Canal Street
25                                             Richmond, VA 23219
                                               Telephone:  804.775.1182
26                                             Facsimile:  804.225.5409

27                                             Attorneys for ConAgra Foods, Inc.

28
                                        3
    STIPULATION AND [PROPOSED] ORDER STAYING THE CASE PENDING APPEALS
    *Backus v. ConAgra Foods, Inc.*, No. 3:16-cv-00454-WHA

1

2      By: /s/ Gregory Weston
       Gregory Weston
3      greg@westonfirm.com
       The Weston Firm
4      1405 Morena Blvd, Suite 201
       San Diego, CA 92110
5      Telephone: 619-798-2006
       Facsimile: 480-247-4553
6
7      Attorney for Plaintiff Troy Backus

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
STIPULATION AND [PROPOSED] ORDER STAYING THE CASE PENDING APPEALS
*Backus v. ConAgra Foods, Inc.*, No. 3:16-cv-00454-WHA

1

## **ATTESTATION**

2

3    I, Angela M. Spivey, hereby attest, pursuant to N.D. Cal. Local Rule 5.1(i)(3), that the

4  concurrence to the filing of this document has been obtained from each signatory hereto.

5

6                                                    __/s/ Angela M. Spivey_____

7                                                       Angela M. Spivey

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The case, its proceedings,

2 and its deadlines are stayed pending the decisions of the United States Court of Appeals for the

3 Ninth Circuit in *Hawkins v. The Kroger Co.*, Case No. 16-55532 (9th Cir.), and *Hawkins v.*

4 *AdvancePierre Foods, Inc.*, Case No. 16-56697 (9th Cir.).  The Parties shall file a joint status

5 report on the progress of the pending appeals by January 30, 2018, at noon.

6 Dated:  October 31, 2017.                                

                                              United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
STIPULATION AND [PROPOSED] ORDER STAYING THE CASE PENDING APPEALS
*Backus v. ConAgra Foods, Inc.*, No. 3:16-cv-00454-WHA