ANGELA SPIVEY (*pro hac vice*)
ANDREW PHILLIPS (*pro hac vice*)
JAMIE S. GEORGE (*pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone: (404) 881-7857
Facsimile: (404) 881-7777
E-mail: angela.spivey@alston.com
andrew.phillips@alston.com
jamie.george@alston.com

RACHEL E. K. LOWE (SBN 246361)
**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
E-mail: rachel.lowe@alston.com

Attorneys for Defendant
**CONAGRA BRANDS, INC.,**
**formerly known as ConAgra Foods, Inc.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

TROY BACKUS, on behalf of himself and all others similarly situated,

Plaintiff,

v.

CONAGRA BRANDS, INC.,

Defendant.

Case No.: 3:16-cv-00454-WHA
Assigned to the Honorable William Alsup
Courtroom 12

**DEFENDANT CONAGRA BRANDS, INC.'S RESPONSE TO ORDER TO SHOW CAUSE**

**DEMAND FOR JURY TRIAL**

Defendant Conagra Brands, Inc. ("Conagra"), by and through their undersigned counsel, hereby responds to the Court's Order to show cause (Dkt. 136). Conagra has no objection to the use of discovery from the Backus action to the same extent in the McFaddin action.

DATED: March 27, 2019

Respectfully Submitted,

/s/ *Rachel E. K. Lowe*

ANGELA SPIVEY (*pro hac vice*)
ANDREW G. PHILLIPS (*pro hac vice*)
JAMIE GEORGE (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

RACHEL E. K. LOWE (SBN 246361)
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

**Counsel for Defendant Conagra Brands, Inc.**